[This opinion has been published in *Ohio Official Reports* at 81 Ohio St.3d 550.]

THE STATE OF OHIO, APPELLANT, *v*. BERENYI, APPELLEE.

[Cite as *State v. Berenyi*, 1998-Ohio-335.]

*Criminal law—Murder—Juvenile law—Bindover of juvenile as adult—Juvenile court fails to accomplish a legal transfer of its jurisdiction when no physical examination of the juvenile is performed as required by former R.C. 2151.26 and former Juv.R. 30.*

(No. 97-2276—Submitted  March 25, 1998—Decided April 29, 1998.)

APPEAL from the Court of Appeals for Paulding County, No. 11-97-1.

————————————

*Joseph R. Burkard*, Paulding County Prosecuting Attorney, for appellant.

*Larry V. DiLabbio*, for appellee.

————————————

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. Golphin* (1998), 81 Ohio St.3d 543, 692 N.E.2d 608.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————